HARRY S. POLLACK, Respondent, *v.* CYNTHIA K. VIELE et al., Defendants, and JOSEPH HARPER, Appellant.

Argued October 5, 1948; decided October 21, 1948.

*John B. Wheeler* for appellant.

*Frank H. Connelly, Jr.,* and *William M. Pollack* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.